# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2015

Robert P. Young, Jr.,
Chief Justice

149537

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

In re WANGLER/PASCHKE, Minors.

SC: 149537
COA: 318186
Sanilac CC Family Division:
07-035009-NA

_____/

By order of September 19, 2014, the application for leave to appeal the May 27, 2014 judgment of the Court of Appeals was held in abeyance pending the decision in *In re Farris* (Docket No. 147636). On order of the Court, the order granting leave to appeal in *Farris* having been vacated on February 6, 2015, the application for leave to appeal the May 27, 2014 judgment of the Court of Appeals is again considered and, it is GRANTED. The parties shall include among the issues to be briefed: (1) the meaning of the phrase "dispositional order" within the context of a termination of parental rights proceeding; (2) whether the termination order constituted the first dispositional order; and (3) whether and to what extent the collateral attack analysis in *In re Hatcher,* 443 Mich 426 (1993), extends to the respondent's due process challenge.

The State Bar of Michigan, or an appropriate committee of the State Bar authorized in accordance with the State Bar's bylaws, is invited to file a brief amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2015



Clerk

p0325